# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 49 WM 2017
:
Respondent  :
:
:
:
v.  :
:
:
:
JEFFREY ALAN OLSON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2017, the Application for Extraordinary Relief, the Application for Leave to File Post-Submission Communication, the Application for Appointment of Counsel, and the Application for Bail are DENIED.